1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,** | 1:07-CV-01290 - 0WW - NEW |
| Petitioners, | **ORDER TO SHOW CAUSE** |
| vs. | **Hearing Date:** |
| STEVE C. LAUBLY, | **October 25, 2007** |
| Respondent. | **1:30 p.m.** |
| | **Courtroom 8** |

    Upon review of the United States of America's Petition to Enforce Internal Revenue Service Summons, the Memorandum filed in support of the petition, and the Declaration of Revenue Officer Dennis Stiffler and exhibits thereto,

    IT IS HEREBY ORDERED that Respondent Steve C. Laubly appear before the United States District Court for the Eastern District of California, in Courtroom 8, on the 25th day of October, 2007, at 1:30 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons annexed to the Declaration of Revenue Office Dennis

Stiffler and served upon Respondent on May 10, 2007.

    IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition to Enforce Internal Revenue Service Summons, the Memorandum filed in support of the Petition, and the Declaration of Revenue Officer Dennis Stiffler, and all exhibits attached thereto, shall be served upon Respondent on or before September 20, 2007.

    IT IS HEREBY FURTHER ORDERED that on or before Friday, October 5, 2007, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate declarations, as well as any motions Respondent desires to make.  The United States may file a reply on or before Friday, October 19, 2007.  All motions and issues raised by Respondent will be considered at the hearing on this matter on October 25, 2007, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summons will be deemed admitted.   Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and support by declaration, will not be considered by the court.

IT IS SO ORDERED.

**Dated:   September 18, 2007**             /s/  **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE