1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF
   Asst. United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile : (559) 497-4099
5
   Attorneys for the
6  United States of America and
   Revenue Officer Dennis Stiffler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service, | No: 1:07-cv-01290 OWW GSA |
|---|---|
| Petitioners, | ORDER |
| v. | |
| STEVE C. LAUBLY, | |
| Respondent. | |

The Court held a hearing and heard argument on October 25, 2007 on the Order to Show Cause directed to respondent, filed September 20, 2007. Petitioners appeared through counsel, Assistant U.S. Attorney Kirk Sherriff. Respondent Steve C. Laubly appeared pro se.

Upon review of the pleadings, and having heard the arguments of the parties, IT IS HEREBY ORDERED that:

1. The hearing on the Order to Show Cause directed to respondent is continued to December 7, 2007, at 9:30 a.m., in Courtroom 10, before

|    |    |    |
|----|----|----|
| 1  |    | United States Magistrate Judge Gary S. Austin.  Respondent Steve C. |
| 2  |    | Laubly is ordered to appear before the Court on that date and at that time. |
| 3  | 2. | Any opposition to the United States' Petition to Enforce Internal Revenue |
| 4  |    | Service Summons shall be filed by respondent by November 15, 2007. |
| 5  | 3. | The United States shall file its reply by November 26, 2007. |
| 6  | 4. | All issues raised in respondent's opposition pleadings will be considered at |
| 7  |    | the hearing on this matter on December 7, 2007.  Any uncontested |
| 8  |    | allegations in the Petition to Enforce Internal Revenue Service Summons |
| 9  |    | will be deemed admitted.  Issues that are not brought into controversy by |
| 10 |    | the responsive pleadings and supported by declaration will not be |
| 11 |    | considered by the Court. |

IT IS SO ORDERED.

Dated:   **October 29, 2007**               **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE