# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br><br>　　　　　　　Petitioners,<br><br>　v.<br><br>STEVE C. LAUBLY,<br><br><br><br>　　　　　　　Respondent. | 1:07-cv-01290 OWW GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Document 20) |

　　　　On December 12, 2007, the Magistrate Judge issued Findings and Recommendation that Petitioners' petition to enforce the IRS summons be granted and that Respondent be ordered to appear in obedience to the summons on February 26, 2008, at 10:00 a.m. at the IRS Office located at 5104 N. Blythe Avenue, Fresno, California.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) court days of the date of service of the order.  Respondent filed objections to the Findings and Recommendation on January 8, 2008.  Petitioners filed a response to the objections on January 18, 2008.  Thereafter, Respondent filed an additional response on January 23, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 11, 2007, is ADOPTED IN FULL;
2. The petition to enforce the IRS summons filed by Petitioners is GRANTED; and
3. Respondent is ORDERED to appear in obedience to the summons on February 26, 2008, at 10:00 a.m. at the IRS Office located at 5104 N. Blythe Avenue, Fresno, California.

IT IS SO ORDERED.

**Dated:   January 25, 2008**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE