UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA, ET.AL.
                                          1:07-CV-01290 OWW GSA
                                     )
                                     )
                                     )
                      Petitioner,    )    ORDER CLOSING ACTION
                                     )
      v.                             )
                                     )
STEVE C. LAUBLY,                     )
                                     )
                                     )
                      Respondent,    )
                                     )
                                     )
```

Pursuant to the notice of compliance filed by the petitioner,

IT IS HEREBY ORDERED that this action is ordered closed. The scheduling conference set for April 4, 2008 is hereby vacated.

IT IS SO ORDERED.

**Dated:   March 6, 2008**                            /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

1